1  Valerie M. Wagner (State Bar No. 173146)
     valerie.wagner@dechert.com
2  Halimah DeLaine (State Bar No. 237762)
     halimah.delaine@dechert.com
3  **DECHERT LLP**
   1117 California Ave.
4  Palo Alto, CA 94304-1106
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff IL FORNAIO (AMERICA)
   CORP., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IL FORNAIO (AMERICA) CORP., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> VEGGETTI S.R.L., an Italian limited liability company, <br><br> Defendant. | Case No.  C 06 0427 SBA <br><br> **STIPULATION AND ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT, AND (2) CONTINUING CASE SCHEDULE AND ADR MULTI-OPTION PROGRAM DATES** <br><br> Civil L.R. 6-1(b), 6-2(a), 7-12 |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**RECITALS**

WHEREAS, the Complaint in this matter was filed on January 23, 2006; and

WHEREAS, a copy of the Complaint and related papers were received by Defendant at its legal address in Milan, Italy by Express Mail on March 13, 2006; and

WHEREAS, Defendant's response to the Complaint was due on April 3, 2006; and

WHEREAS, because the parties have been, and still are, engaged in settlement discussions, they agreed to an initial extension of time equal to seven (7) days for Defendant to answer, move against, or otherwise respond to the Complaint, bringing the new response deadline to April 10, 2006; and

WHEREAS, in light of the ongoing settlement discussions, they have agreed upon and request a further extension of time equal to fourteen (14) days for Defendant to answer, move against, or otherwise respond to the Complaint, bringing the new response deadline to April 24, 2006; and

WHEREAS, under the circumstances, the parties further request a continuance of (1) the deadline for filing the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; (2) the deadline for filing the Case Management Statement and Rule 26(f) Report; and (3) the Case Management Conference, currently set for April 26, 2006, to a date in early June 2006.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil L.R. 6-1(b) and 6-2(a), by and between the parties, through their respective counsel, that Defendant shall have an additional extension of time equal to fourteen (14) days, to and including April 24, 2006, to answer, move against, or otherwise respond to Plaintiff's Complaint. It is further stipulated and agreed that the Court should extend the deadlines for the parties' filing of the Joint ADR Certification, the Case Management Statement, and the Rule 26(f) Report as set forth in its Order below. The total extension of time to answer, move against, or otherwise respond to the

///

///

///

1  Complaint does not exceed thirty (30) days.  Good cause exists for this extension in order to permit
2  the parties to continue, and hopefully complete, their settlement discussions.

3                                                            Respectfully submitted,

4  Dated:  April 7, 2006                DECHERT LLP

6                                            By: /s/Valerie M. Wagner
7                                                VALERIE M. WAGNER
                                              Attorneys for Plaintiff
8                                                IL FORNAIO (AMERICA) CORP.

9  Dated:  April 7, 2006                THELEN REID & PRIEST LLP

11                                           By: /s/Robert A. Weikert
12                                             ROBERT A. WEIKERT
                                            Attorneys for Defendant
13                                             VEGGETTI S.R.L.

14     I, Valerie M. Wagner, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
15 concurrence to the filing of this document has been obtained from each signatory hereto.

16                                             /s/Valerie M. Wagner
17                                             VALERIE M. WAGNER
                                            Attorneys for Plaintiff
18                                             IL FORNAIO (AMERICA) CORP.

1

**ORDER**

2         PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT

3    Defendant shall have up to and including April 24, 2006, to answer, move against, or otherwise

4    respond to Plaintiff's Complaint.  The parties may not further extend this deadline without prior

5    leave of Court.

6         IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled

7    for April 26, 2006 at 3:00 p.m. is hereby CONTINUED to May 24, 2006 at 2:45 p.m.  The parties

8    shall file their ADR Certification, Case Management Statement, and Rule 26(f) Report by no later

9    than May 13, 2006.  The Court is not inclined to grant any further continuance.

10

11   Dated:  April 11, 2006                            *[signature]*
                                                      SAUNDRA B. ARMSTRONG
12                                                    UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28