1  Valerie M. Wagner (State Bar No. 173146)
   valerie.wagner@dechert.com
2  Halimah DeLaine (State Bar No. 237762)
   halimah.delaine@dechert.com
3  **DECHERT LLP**
   1117 California Ave.
4  Palo Alto, CA 94304-1106
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff IL FORNAIO (AMERICA)
   CORP., a Delaware Corporation
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12 IL FORNAIO (AMERICA) CORP., a           Case No.  C 06 0427 SBA
   Delaware Corporation,
13                                          **ORDER AMENDING MAY 4, 2006
                  Plaintiff,                ORDER DISMISSING ACTION**
14
         v.
15
16 VEGGETTI S.R.L., an Italian limited liability
   company,
17
                  Defendant.
18

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[PROPOSED] ORDER AMENDING MAY 4, 2006 ORDER DISMISSING ACTION; CASE NO. C 06 0427 SBA          12337658.1

1  The Court having been notified that the parties have reached settlement terms, but have not
2  yet completed and executed all documentation necessary for said settlement, HEREBY ORDERS
3  THAT the May 4, 2006 Order Dismissing Action is amended to allow any party an additional two
4  weeks, up to and including June 19, 2006, to move to reopen the case and reschedule the trial.
5  IT IS SO ORDERED.

7  Dated: 6/2/06

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE