1  Valerie M. Wagner (State Bar No. 173146)
   valerie.wagner@dechert.com
2  **DECHERT LLP**
   1117 California Ave.
3  Palo Alto, CA 94304-1106
   Telephone:    650.813.4800
4  Facsimile:    650.813.4848
   Attorneys for Plaintiff
5  IL FORNAIO (AMERICA) CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IL FORNAIO (AMERICA) CORP., a Delaware Corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>VEGGETTI S.R.L., an Italian limited liability company,<br><br>             Defendant. | Case No.  C-06-0427 (SBA)<br><br>**ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL; CASE NO. C-06-1427 (SBA)

12394842

1  WHEREAS Plaintiff Il Fornaio (America) Corporation ("IL FORNAIO") and Defendant
2  Veggetti S.R.L., by and through their respective counsel, have stipulated and agreed that IL
3  FORNAIO's Complaint be dismissed in its entirety with prejudice, with each party to bear its own
4  costs and attorneys' fees,
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.
6  Dated: 6/16/06

_____
Honorable Saundra Brown Armstrong
Judge of the United States District Court

[PROPOSED] ORDER OF DISMISSAL; CASE NO. C-06-1427 (SBA)

1

12394842